

**VIA ELECTRONIC FILING**
The Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   **Re:** *In re Lipitor Antitrust Litigation*, MDL No. 2332
      **Master Docket No.: 3:12-cv-2389 (PGS) (DEA)**
      *MSP Recovery Claims, Series, LLC, et al. v. Pfizer Inc., et al.*
      **Civil Action No. 3:18-cv-14414 (PGS) (DEA)**

Dear Judge Sheridan:

  We represent Plaintiffs MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC and MAO-MSO Recovery II LLC in the above-referenced matter. On behalf of the Plaintiffs, we submit this correspondence and the accompanying Notice of Voluntary Dismissal which has been electronically filed. Oral argument on Defendants' Motion to Dismiss is currently scheduled to take place on May 13, 2019 at 12:00 p.m. In light of Plaintiffs' Notice of Voluntary Dismissal, we kindly request removal of the oral argument from your Honors' docket.

  We thank the Court for its assistance and cooperation in this matter.

            Respectfully submitted,

            *John H. Ruiz*

cc: All Counsel of Record (via electronic mail)

2701 S Le Jeune Rd | 10th Floor | Coral Gables, FL 33134 | T: 305.614.2222 | F: 1.866.582.0907 | info@msprecoverylawfirm.com
www.msprecoverylawfirm.com